In the Matter of GEORGE BLUMENTHAL et al., Respondents, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants, and MIGUEL KOTY, on Behalf of Himself and Others Similarly Situated, Interveners, Appellants.

Argued June 2, 1948; decided July 16, 1948.

564

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *Angela R. Parisi* of counsel), for Municipal Civil Service Commission, appellant.

*Paul Windels* and *David B. Tolins* for interveners, appellants.

*Eugene A. Sherpick* and *Richard T. Davis* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.